UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Honorable Peter G. Sheridan |
| v.  : | |
| : | Criminal No. 07-125 (PGS) |
| LARRY REDDICK : | |

## ORDER

This matter having come before the Court on motion of Paul J. Fishman, United States Attorney for the District of New Jersey (Deborah J. Gannett, Assistant United States Attorney, appearing) to reduce the sentence previously imposed on defendant Larry Reddick pursuant to Fed. R. Crim. P. 35(b) and 18 U.S.C. § 3553(e); and the Court having considered the materials submitted and arguments of counsel; and for good cause shown,

IT IS ON this 13 day of april, 2011

ORDERED that the motion of the United States, pursuant to Fed. R. Crim. P. 35(b) and 18 U.S.C. § 3553(e), to reduce the sentence previously imposed on defendant Larry Reddick is hereby GRANTED;

IT IS FURTHER ORDERED that the custodial sentence imposed upon defendant Larry Reddick on June 3, 2008, is hereby reduced by 27 months from 87 months imprisonment to 60 months imprisonment;

IT IS FURTHER ORDERED that all other terms and conditions of the sentences previously imposed on defendant Larry Reddick on June 3, 2008, shall remain in full force and effect, to include, the defendant's five year term of Supervised Release; and

IT IS FURTHER ORDERED that the motion of the United States and the material submitted in support thereof shall be maintained under seal until further order of the Court.

4/13/11

_____
HONORABLE PETER G. SHERIDAN
United States District Judge