CRAIG CARPENITO
United States Attorney
CHRISTOPHER D. AMORE
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2757
Fax. 973-645-3210
email: CHRISTOPHER.AMORE@usdoj.gov
(FLU:KCP)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **LARRY REDDICK, JR.,** *Defendant,* and **JP MORGAN CHASE BANK, NA/CHASE BANK USA NA and its successors or assigns,** | **HON. PETER G. SHERIDAN** **CR NO. 07-125-01** **APPLICATION AND ORDER FOR WRIT OF CONTINUING GARNISHMENT** |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the defendant, Larry Reddick, Jr., social security number ***-**-1555, whose last known address is: East Orange, NJ 07017 in the above cited action in the amount of $356,317.07, plus interest at the rate of 2.14% per annum and penalties.

The total balance due and owing as of July 25, 2018 is $412,483.65.

Demand for payment of the above-stated debt was made upon the debtor not less than

30 days from July 25, 2018, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or wages to the judgment debtor. More specifically, the Garnishee is the employer of the defendant, Larry Reddick, Jr., and its successors or assigns. This Writ of Continuing Garnishment is intended to compel the Garnishee to pay to the United States twenty-five percent (25%) of the disposable earnings of defendant, Larry Reddick, Jr., pursuant to 28 U.S.C. § 3002(9).

The name and address of the Garnishee or his authorized agent is:

> JP Morgan Chase Bank, NA/Chase Bank USA, NA
> 4610 W. Washington Street
> Indianapolis, IN 46321

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Continuing Garnishment.

CRAIG CARPENITO
UNITED STATES ATTORNEY

By: CHRISTOPHER D. AMORE
ASSISTANT U.S. ATTORNEY

IT IS, on this 27 day of August 2018,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Continuing Garnishment.

HON. PETER G. SHERIDAN
UNITED STATES DISTRICT COURT